UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-1084 JVS (ANx) | Date | February 28, 2008 |
| Title | Hoffman v. Continental Airlines, Inc. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  Order Vacating Defendant's Motion to Dismiss

No joint scheduling conference report has been filed in accordance with Rule 26 of the Federal Rules of Civil Procedure and this Court's Local Rules. The March 3, 2008 scheduling conference is ordered off calendar.

The Court has reviewed Continental Airline Inc.'s Notice Re Discovery Plan and Scheduling Conference. It appears that plaintiff Connie Hoffman ("Hoffman") has refused to participate in the preparation of the required joint report or to communicate with opposing counsel.

Hoffman is ordered to show cause on March 24, 2008 at 10:00 a.m. why the case should not be dismissed or other sanctions imposed for her failure to participate in the preparation of a joint report. Any written response to this order to show cause shall be filed on or before March 17, 2008. The filing of a joint report will be deemed an adequate response to the order to show cause.

If a joint report is filed, the March 24, 2008 hearing will be converted to a scheduling conference.

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | kjt | | |